Opinion issued August 5, 2010

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00191-CV

———————————

NOBLE
ROYALTIES, INC., Appellant

V.

WEISSER JOHNSON CAPITAL LP, Appellee



 



 

On Appeal from the 113th District Court 

Harris County, Texas



Trial Court Case No. 2006-42681

 



MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss
the appeal.  No opinion has issued.  Accordingly, we grant the motion and we dismiss the appeal.  Tex. R. App. P.
42.1(a)(1).

We overrule all other pending motions as moot.  We direct the Clerk to issue mandate within
10 days of the date of this opinion.  Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Keyes, Hanks, and Higley.